UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| STRATOS ENTERPRISES INC. ET AL. | * | CIVIL ACTION NO. 16-1329 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| SPIRIT HALLOWEEN SUPERSTORES L L C | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant's motion to transfer pursuant to 28 U.S.C. § 1404(a), [doc. #13], is DENIED and this matter is DISMISSED WITHOUT PREJUDICE under the doctrine of *forum non conveniens*.

Monroe, Louisiana, this 1st day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE